PD-0375-15

COA No. 14-15-00163-CR
Tr. No. 65134 & B
PD-0375-15

RECEIVED IN
COURT OF CRIMINAL APPEALS

To who EVER it MAY CONCERN,

To THE HONORABLE Judge of Said court
COME NOW PERCY BENJAMIN Smith III
ON August 31, 2015. I RECIEVED A Order from
the Court of Criminal APPEALS, Saying that I
Violated Rule 68.4(I), by Not SENDING in the
OPINION-SHEET Along with the P. D. R. Petition
FOR (DISCRETIONARY REVIEW), And that Rule 68.6
is AFFECTED by A Strike of WORKERS.

THE PETITIONER is AsKING the Court of Criminal
APPEALS, Along with the FOURTEENTH Count of APPEALS
to PLEASE REDRAW the PETITION At this time,
the REASON is, the PETITIONER HAS NEVER EVEN
RECIEVED A (OPINION-SHEET) from the TRIAL COURT
(OR) FOURTEENTH COUNT OF APPEALS. At this time I AM
SENDING COPE of A MANDATE to Each PARTY, this
is WHAT All I WAS SENT, I'M SENDING You A COPE.

P.S. I'M AskING FOR A ORDER be SENT to
EITHER Court so I CAN REDUE MY PETITION And
get it BACK to Court FOR A RULING. At this time
I AM AsKING to REDRAW MY PETITION UNTIL At
Such time EITHER Court SENDs ME THE OPINION,
the PETITIONER WILL NEED A EXTENSION ONCE he
BEEN SENT AN OPINION SHEET.
SENT to:
(1) Court of Criminal APPEALS of TEXAS
(2) FOURTEENTH COUNT OF APPEAL BRAZORIA.

CLERK: File Date Stamp
And SEND ME
BACK A COPY
FOR MY RECORD,
CC: PBS III

9-7-2015

SINCERLY YOURS,
PERCY BENJAMIN Smith III
1745 775

FILED IN
COURT OF CRIMINAL APPEALS

SEP 10 2015

Abel Acosta, Clerk



F I L E D
at 8:00 o'clock A M.
MAR 3 0 2015
Clerk of District Court Brazoria Co., Texas
BY _____KMM_____DEPUTY

## MANDATE

# The Fourteenth Court of Appeals

### NO. 14-15-00163-CR

Percy Benjamin Smith, Appellant

v.

The State of Texas, Appellee

Appealed from the 412th District Court of Brazoria County. (Tr. Ct. No. 65134-B). Opinion delivered by Per Curiam.

**TO THE 412TH DISTRICT COURT OF BRAZORIA COUNTY, GREETINGS:**

Before our Court of Appeals on March 24, 2015, the cause upon appeal to revise or reverse your judgment was determined. Our Court of Appeals made its order in these words:

This cause was heard on the motion of the appellant to withdraw notice of appeal. Having considered the motion the Court orders the appeal **DISMISSED**.

We further order the mandate be issued immediately. We further order this decision certified below for observance.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things have it duly recognized, obeyed, and executed.

**WITNESS**, the Hon. Kem Thompson Frost, Chief Justice of our Fourteenth Court of Appeals, with the Seal thereof affixed, at the City of Houston, March 27, 2015.

**CHRISTOPHER A. PRINE, CLERK**

| | | |
|---|---|---|
| **Justices** | | **Chief Justice** |
| WILLIAM J. BOYCE | | KEM THOMPSON FROST |
| TRACY CHRISTOPHER | | |
| MARTHA HILL JAMISON | | **Clerk** |
| SHARON McCALLY | | CHRISTOPHER A. PRINE |
| J. BRETT BUSBY | | PHONE 713-274-2800 |
| JOHN DONOVAN | | |
| MARC W. BROWN | | |
| KEN WISE | | |



# Fourteenth Court of Appeals

301 Fannin, Suite 245
Houston, Texas 77002

Wednesday, February 25, 2015

Brazoria County, District Clerk
Brazoria County District Clerk
111 E. Locust St., Ste 500
Angleton, TX 77515
\* DELIVERED VIA E-MAIL \*

RE:  Court of Appeals Number:  14-15-00163-CR
     Trial Court Case Number:  65134-B

Style:  Percy Benjamin Smith
        v.
        The State of Texas

This Court is in receipt of the notice of appeal filed in this case on February 5, 2015.

No post-judgment motion was filed. Accordingly, you must file the clerk's record in the Court within 60 days after the order was signed, or by **Tuesday, March 24, 2015. If the defendant is the appellant, the record must include the trial court's certification of the defendant's right of appeal. TEX.R.APP.P. 25.2(d).**

The reporter's record must also be filed in this Court within this period. All court reporters are required to complete and e-file with the Court an information sheet which is located at http://www.txcourts.gov/media/662557/court-reporter-info-sheet.pdf. Unless a pauper's oath is on file, the court reporter should contact appellant and make arrangements for receiving payment for the record. TEX.R.APP.P. 35.3(b)(3).

Pursuant to the Court's Local Rules,[1] as of November 1, 2010 all reporter's record must be filed via the court's electronic filing portal. More information can be found on the court's website.

Pursuant to this Court's Local Rule 6, **all attorneys** are required to provide the Court with a valid e-mail address when submitting any document to the Court. Notices or other communications about this case will be delivered via email in lieu of mailing paper documents. Paper copies of notices or other communications about this case can be obtained by a party upon written request. **Please note that effective January 1, 2014, all documents submitted by an attorney for filing with the court must be electronically filed. Please consult the courts website located at http://www.txcourts.gov/14thcoa for more information. A list of the available e-filing providers can be found at http://www.texfile.com/filers-get-started.htm.**

---

[1] See 14th Court of Appeals Website at www.14thcoa.courts.state.tx.us for complete text of Local Rules.